# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **AL-OSHAN v. BUSH** | ) | Civil Case No. 05-0533 (RJL) |
| **AL-SHAREKH v. BUSH** | ) | Civil Case No. 05-0583 (RJL) |
| **HAMOODAH v. BUSH** | ) | Civil Case No. 05-0795 (RJL) |
| **KHAN v. BUSH** | ) | Civil Case No. 05-1010 (RJL) |
| **RIMI v. BUSH** | ) | Civil Case No. 05-2427 (RJL) |
| **NASEER v. BUSH** | ) | Civil Case No. 06-1676 (RJL) |
| **ISMATULLAH v. BUSH** | ) | Civil Case No. 06-1682 (RJL) |

## **ORDER**

The Court having been advised that detainees in the above-captioned cases are no longer being held in Guantanamo Bay, Cuba, it is hereby

**ORDERED** that counsel for these detainees are not required to appear at the July 10, 2008 status conference.  It is further

**ORDERED** that counsel for the petitioners and the government shall each file one concise status report for each case identified above.[1]  The status report shall be filed on or before **Monday, July 14, 2008 at 5:30 p.m.**  The status report shall be no longer than five (5) pages single-spaced and shall focus on pending issues and

---

[1] The Court substantially agrees with the approach and instructions set out by Senior Judge Thomas F. Hogan in his order of July 3, 2008 in Misc. No. 08-444 dealing with similarly situated cases.

a proposed schedule to advance the proceedings in the respective cases.

**SO ORDERED.**

July 3, 2008

/s/ Richard J. Leon_____
RICHARD J. LEON
United States District Judge