# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SULAIMAN SAAD MOHAAMMED AL-OSHAN, *et al.*, | )<br>)<br>) |
| Petitioners, | )<br>) |
| v. | )  Civ. Action No. 05-0533 (RJL)<br>) |
| GEORGE W. BUSH, President of the United States, *et al.*, | )<br>)<br>) |
| Respondents. | ) |

## ORDER

On March 15, 2005, Sulaiman Saad Mohaammed Al-Oshan, through his next of friend Mohammed Saad Mohammed Al-Oshan, filed a petition for writ of habeas corpus and a complaint for declaratory and injunctive relief. On April 21, 2005, the Court issued an order staying this case pending resolution of certain appeals. Thereafter, on July 7, 2008, the Court entered an order directing the parties to file a status report by 5:30 p.m. on July 14, 2008. Petitioners did not file a status report nor did they seek an extension of time within which to file a status report. Accordingly, upon due consideration of the entire record herein, it is, this 11th day of August, 2008, hereby

**ORDERED** that the petitioners shall show cause in writing within 10 days of this order why the action should not be dismissed for failure to prosecute pursuant to local rule 83.23; and it is further

**ORDERED** that failure to file a timely response may result in the dismissal of this action.

**SO ORDERED.**

/s/ Richard J. Leon
RICHARD J. LEON
United States District Judge