UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SULAIMAN SAAD MOHAMMED )
AL-OSHAN, *et al.*, )
  )
         Petitioners, )
  )
    v. )   Civil Case No. 05-cv-533 (RJL)
  )
GEORGE W. BUSH, President of the )
United States, *et al.*, )
  )
         Defendants. )

ORDER 丸
(September __4__, 2008)

Upon consideration of petitioner Sulaiman Saad Mohammed Al-Oshan's Motion to Dismiss Without Prejudice [Dkt. #29], any opposition thereto, and the entire record herein, it is hereby

**ORDERED** that petitioner's motion is **GRANTED**; and is

**FURTHER ORDERED** that petitioner Sulaiman Saad Mohammed Al-Oshan's claims are dismissed without prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge